**Law Offices of Andy Winchell P.C.**  # Invoice
332 Springfield Avenue
Suite 203
Summit, NJ 07901

**Invoice #:** PS201157
**Invoice Date:** 1/21/2013

**Bill To:**

John & Nancy Ascione
18 Valley View Ave
Randolph, NJ  07869

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Legal Services | 6/20/2012 | Initial Meeting with client (1.3) N/C | | 0.00 | 0.00 |
| Paralegal | 7/5/2012 | Receipt and reading of initial paperwork (0.2), email to clients with initial questions and missing documents list (0.2) | 0.4 | 100.00 | 40.00 |
| Paralegal | 7/5/2012 | Receipt of additional documents from client and merging of pdfs (0.1), email to client regarding timing of draft petition (0.1) | 0.2 | 100.00 | 20.00 |
| Paralegal | 7/5/2012 | Creation of skeleton petition for client including client's personal information, importing of credit report items and entry of real property (1.1) | 1.1 | 100.00 | 110.00 |
| Paralegal | 7/9/2012 | Update of client's petition including addition of personal property, income information and expenses, creation of draft chapter 13 plan (2.5) | 2.5 | 100.00 | 250.00 |
| Paralegal | 7/12/2012 | Preparation of qualified written request letter for clients to send to mortgage lender (0.2), emailing same to client with instructions (0.1) | 0.3 | 100.00 | 30.00 |
| Paralegal | 7/12/2012 | Phone conversation with clients regarding expenses, timing of filing, proof of income requirements and 341a meeting (0.3) | 0.3 | 100.00 | 30.00 |
| Paralegal | 7/17/2012 | Email of draft schedules I & J to clients for review (0.1), email conversation with clients regarding proof of income, downloading of additional proof of income (0.1), scanning and saving of complete client file including signed disclosures, tax documents, income documents, retirement and bank documents and mortgage documents (0.4) | 0.6 | 100.00 | 60.00 |
| Paralegal | 7/17/2012 | Update of client's chapter 13 plan and petition with appraisal value of residence including altering treatment of second mortgage to avoid lien (0.2) | 0.2 | 100.00 | 20.00 |

**Total**

**Payments/Credits**

**Balance Due**

**Law Offices of Andy Winchell P.C.**

332 Springfield Avenue
Suite 203
Summit, NJ 07901

# Invoice

**Invoice #:** PS201157
**Invoice Date:** 1/21/2013

**Bill To:**

John & Nancy Ascione
18 Valley View Ave
Randolph, NJ  07869

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 7/17/2012 | Phone conversation with client regarding exemptions (0.2), Discussion with attorney re same (0.3) | 0.5 | 100.00 | 50.00 |
| Legal Services | 7/17/2012 | Confer with KEB re petition preparation and exemption issues (.3) | 0.3 | 375.00 | 112.50 |
| Paralegal | 7/24/2012 | Discussion with atty regarding client's income, expenses and investments (0.1) | 0.1 | 100.00 | 10.00 |
| Legal Services | 7/24/2012 | Telephone conference with client re petition preparation (.3); telephone conference with estate attorney re same (.4); confer with KEB re exemption issues (.1) | 0.8 | 375.00 | 300.00 |
| Paralegal | 7/25/2012 | Email discussion with clients regarding exemptions and required documentation (0.2) | 0.2 | 100.00 | 20.00 |
| Paralegal | 7/26/2012 | Discussion with atty re exemption issues (0.2) | 0.2 | 100.00 | 20.00 |
| Legal Services | 7/26/2012 | Confer with KEB re exemptions (.2); review documents re exemptions (.3) | 0.5 | 375.00 | 187.50 |
| Paralegal | 8/2/2012 | Phone conversation with client regarding documentation required, process of filing, timing of payments and meeting with the trustee (0.3) | 0.3 | 100.00 | 30.00 |
| Paralegal | 8/14/2012 | Update of Schedule J with additional information provided (0.2), Email conversation with client re details of same (0.2) | 0.4 | 100.00 | 40.00 |
| Legal Services | 8/15/2012 | Review additional documentation provided by client (.5), discussion with client re same (.4) | 0.9 | 375.00 | 337.50 |
| Paralegal | 8/24/2012 | Email discussion with client regarding medical debt and unsecured line of credit, and updating income information  (0.2) | 0.2 | 100.00 | 20.00 |

**Total**

**Payments/Credits**

**Balance Due**

**Law Offices of Andy Winchell P.C.**

332 Springfield Avenue
Suite 203
Summit, NJ 07901

# Invoice

**Invoice #:** PS201157
**Invoice Date:** 1/21/2013

**Bill To:**

John & Nancy Ascione
18 Valley View Ave
Randolph, NJ  07869

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 8/24/2012 | Updating of petition draft with current income, creation of chapter 13 plan (1.1), discussion of plan and treatment of secured claims with atty (0.2) | 1.3 | 100.00 | 130.00 |
| Legal Services | 8/24/2012 | Confer with KEB re income, expenses and plan (.3) | 0.3 | 375.00 | 112.50 |
| Paralegal | 8/28/2012 | Telephone discussion with client regarding petition corrections, current auto-debit payments, schedule for trustee meeting, result of plan on auto loan, and treatment of unsecured claims (0.4), update of petition with corrections (0.1), creation of pdf of new petition and plan (0.1) and email to client of same, with explanation and plan payment information (0.2) | 0.8 | 100.00 | 80.00 |
| Paralegal | 9/19/2012 | Multiple email discussions with client regarding cancelled corporate credit card (0.2), discussion with atty re same (0.1) | 0.3 | 100.00 | 30.00 |
| Legal Services | 10/2/2012 | Attend 341 meeting of creditors (1.5) | 1.5 | 375.00 | 562.50 |
| Paralegal | 10/3/2012 | Receipt and reading of documentation from client re auto loan (0.3), discussion with atty re same (0.1), email conversation with client re same (0.2) | 0.6 | 100.00 | 60.00 |
| Legal Services | 10/4/2012 | Confer with KEB re claims (.2) | 0.2 | 375.00 | 75.00 |
| Paralegal | 10/15/2012 | Downloading and reading of GMAC proof of claim (0.2), discussion with atty re mortgage documents included (0.2), Email discussion with client re same (0.1) | 0.5 | 100.00 | 50.00 |
| Paralegal | 10/15/2012 | Creation of qualified written request letters (0.2), printing, packaging and mailing of same (0.1) | 0.3 | 100.00 | 30.00 |

**Total**

**Payments/Credits**

**Balance Due**

**Law Offices of Andy Winchell P.C.**
332 Springfield Avenue
Suite 203
Summit, NJ 07901

# Invoice

**Invoice #:** PS201157
**Invoice Date:** 1/21/2013

**Bill To:**

John & Nancy Ascione
18 Valley View Ave
Randolph, NJ  07869

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 10/19/2012 | Email discussion with client regarding secured proof of claim and alleged arrears (0.2), discussion with atty re permitted fees added to proof of claim and payment thereof (0.2), email explanation of same to client (0.1) | 0.5 | 100.00 | 50.00 |
| Legal Services | 10/26/2012 | Emails with trustee's office re confirmation hearing date (.2) | 0.2 | 375.00 | 75.00 |
| Paralegal | 1/9/2013 | Phone conversation with client regarding new employment and deductions on new paystubs (0.3), Creation of amended I & J, Amended schedules cover sheet, Amended Schedules Declaration page (0.5), Discussion with atty re same (0.1), Email of same to client with explanation (0.1) | 1 | 100.00 | 100.00 |
| Paralegal | 1/11/2013 | Receipt of signed Amended I & J from client and filing of same (0.2) | 0.2 | 100.00 | 20.00 |
| Paralegal | 1/14/2013 | Creation of Amended Schedule F, Amendment cover sheet, and Amendment Declaration page (0.3), Email same to client with explanation (0.1) | 0.4 | 100.00 | 40.00 |
| Paralegal | 1/14/2013 | Email conversation with client regarding auto loan invoices received (0.1) | 0.1 | 100.00 | 10.00 |
| Paralegal | 1/14/2013 | Email conversation with client re contact information for additional creditor to be added to petition (0.1) | 0.1 | 100.00 | 10.00 |
| Legal Services | 1/17/2013 | Confer with KEB re documents (.2); attend confirmation hearing (1.8) | 2 | 375.00 | 750.00 |

**Total**

**Payments/Credits**

**Balance Due**

**Law Offices of Andy Winchell P.C.**

332 Springfield Avenue
Suite 203
Summit, NJ 07901

# Invoice

**Invoice #:** PS201157
**Invoice Date:** 1/21/2013

**Bill To:**

John & Nancy Ascione
18 Valley View Ave
Randolph, NJ 07869

| Item | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Paralegal | 1/18/2013 | Creation of Notice of Filing Amended Schedules, Proposed Order on Amended Schedules, Required Certificate of Service for same, and Certificate of Compliance on Amended Schedules (0.7), Printing, packaging and mailing of same to creditor and trustee (0.3), Filing of client's Amended Schedule F and attendant documents (0.2) | 1.2 | 100.00 | 120.00 |
| Reimb Group | | | | | |
| Appraisal | 7/16/2012 | Ascione appraisal for Trustee | | 150.00 | 150.00 |
| Credit Report | 8/1/2012 | Joint credit report download and insertion into petition | | 50.00 | 50.00 |
| Filing Fee Cha... | 8/28/2012 | Filing fee for chapter 13 bankruptcy petition | | 281.00 | 281.00 |
| | 8/30/2012 | Notice of filing postage | | 13.50 | 13.50 |
| | 10/16/2012 | Qualified Written Request letter to GMAC Certified Mail | | 4.55 | 4.55 |
| | 11/27/2012 | Modified plan to secured creditors Certified Mail | | 9.10 | 9.10 |
| | | Total Reimbursable Expenses | | | 508.15 |

| | |
|---|---|
| **Total** | $4,500.65 |
| **Payments/Credits** | -$1,000.00 |
| **Balance Due** | $3,500.65 |