B6B (Official Form 6B) (12/07)

In re **John George Ascione,**
**Nancy Jean Ascione** , Case No. **12-31258**
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking, Account # xxxx5827**<br>**Valley National Bank, 1445 Valley Road, Wayne, NJ 07869** | J | 2,619.94 |
| | | **Personal Checking, Account # xxxxxx6600**<br>**TD Bank, P.O. Box 1377, Lewiston, ME  04243** | J | 132.12 |
| | | **Personal Savings, Account # xxxxx3052**<br>**Valley National Bank, 1445 Valley Road, Wayne, NJ 07869** | J | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Stove ($150), Refrigerator/Freezer ($100), Washer/Dryer ($100), Microwave ($30), Kitchen utensils ($30), Flatware ($10), Pots and pans ($25), Living room furniture ($300), Dining room table and chairs ($250), 2 Televisions ($125), 2 DVD players ($30), Bedroom furniture ($150), 8 Lamps ($50), Computer for personal use only ($50), Desk and filing cabinet ($35), Digital camera for personal use ($50), Lawn and misc tools ($150), Workout equipment ($75), 2 Kayaks ($100)**<br>**Location: 18 Valley View Ave, Randolph NJ 07869** | J | 1,810.00 |
| | | **2 watches ($50), Engagement ring ($3500), 2 wedding rings ($500)**<br>**Location: 18 Valley View Ave, Randolph NJ 07869** | J | 4,050.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing and accessories for 2 adults and 2 children**<br>**Location: 18 Valley View Ave, Randolph NJ 07869** | J | 400.00 |
| | | | Sub-Total > (Total of this page) | 9,212.06 |

__4__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **John George Ascione,**
    **Nancy Jean Ascione** ,
Debtors

Case No. **12-31258**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Universal Life policy, Account # xxxx0079**<br>**The Ohio State Life Insurance, P.O. Box 807029, Kansas City, MO 64180**<br>**Death benefit $335,000**<br>**Location: 18 Valley View Ave, Randolph NJ 07869** | J | 1,900.00 |
| | | **Term Life Insurance, Account #xxxxxx9046**<br>**American General Life**<br>**$500,000 Death benefit**<br>**Location: 18 Valley View Ave, Randolph NJ 07869** | J | 1.00 |
| | | **Term Life Insurance, Account # xxxxxx9047**<br>**American General Life**<br>**$500,000 Death benefit**<br>**Location: 18 Valley View Ave, Randolph NJ 07869** | J | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement Account,**<br>**Catholic Health Initiatives, 198 Inverness Drive W, Englewood, CO 80112** | W | 11,554.18 |
| | | **Retirement Account, Account # x9740**<br>**Fidelity Investments, 82 Devonshire Street, Boston, MA 02109** | H | 22,312.00 |
| | | **Retirement Account, Account # xxxx3054**<br>**Prudential Annuities, P.O. Box 13467, Philadelphia, PA 19176** | H | 140,591.77 |
| | | **Retirement Account, Account # xxxx2959**<br>**Prudential Annuities, P.O. Box 13467, Philadelphia, PA 19176** | W | 68,938.00 |

                                                                                                                                Sub-Total >    **245,297.95**
(Total of this page)

Sheet **1** of **4** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **John George Ascione,**
**Nancy Jean Ascione**
                                                                      ,
Debtors

Case No. **12-31258**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 403(b) Account, Account # xxxxx4788<br>Fidelity Investments, 82 Devonshire Street, Boston, MA  02109 | W | 22,050.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Mutual Funds, Account # xxxxxxxxx7305<br>Franklin Templeton, 100 Fountain Parkway, Box 33030, St. Petersburg, FL  33733 | J | 2,324.50 |
| | | Stock fund, Account # xxxxx2972<br>Morgan Stanley, 111 Wall Street, New York, NY | J | 10,600.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Proceeds from mother's life insurance policy | H | 26,245.64 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total > **61,220.14**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **John George Ascione,**
**Nancy Jean Ascione**
                                                                                               ,
Debtors

Case No. **12-31258**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Volvo S60 sedan, Very good condition, 46,000 miles** <br> **KBB $12,587** <br> **Location: 18 Valley View Ave, Randolph NJ 07869** | J | 12,587.00 |
| | | **2011 Ford Flex, Excellent Condition, 14,700 miles** <br> **KBB $19,856** <br> **Location: 18 Valley View Ave, Randolph NJ 07869** | J | 19,856.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                                                                          Sub-Total >      **32,443.00**
                                                                                      (Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **John George Ascione,**
**Nancy Jean Ascione** ,
Debtors

Case No. **12-31258**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | If the value claimed above is equal to or greater than the actual full value of the asset as stated in Schedules A and B, or the value it is greater than debtor's equity in such asset as shown by Schedules A, B and D, then the Debtor(s) claim the entire asset at its full value as completely exempt for the purposes of the rules as established in Schwab v Reilly and In re Orton. | J | 0.00 |
| | | Potential claims against creditors | J | 1.00 |
| | | Potential personal injury settlement including, but not limited to, any claims for medical bills and lost wages. | J | 1.00 |
| | | Potential Social security | J | 1.00 |
| | | Potential Unemployment | J | 1.00 |
| | | Potential VA Benefits | J | 1.00 |
| | | Potential Workman's Comp | J | 1.00 |
| | | The debtor(s) elects all exemptions to which the debtor(s) is entitled under applicable state or federal law as of the date of the filing of the petition at the place where the debtor's domicile has been located for the 730 days immediately preceding the date of the filing of the petition, or if the debtor's domicile has not been located in a single state for such 730 day period, the place in which the debtor's domicile was located for 180 days immediately preceding the 730 day period or for a longer portion of the 180 day period than in any other place. If no state exemptions are available, the debtor(s) elects all exemption under 11 U.S.C. Section 522. The debtor(s) does not claim any exemption in any amount greater than permitted by the applicable exemption law. | J | 0.00 |
| | | For the avoidance of doubt, listing assets as having $1 value is intended to represent the values of contingent or unknown assets in accordance with the 11th Circuit's opinion in In re Green, 31 F.3d 1098 (11th Cir. 1994) rather than to state an actual value of $1 a interpreted by the Third Circuit in In re Orton ___ F.3d __, (3d Cir 2012). | J | 0.00 |

Sub-Total >   **6.00**
(Total of this page)

Total >   **348,179.15**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **John George Ascione,**
      **Nancy Jean Ascione**, 
                                                              Debtors

Case No. __**12-31258**__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Debtor's residence, 2717 square foot single-family home<br>Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(1) | 100% | 375,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Personal Checking, Account # xxxx5827 Valley National Bank, 1445 Valley Road, Wayne, NJ 07869 | 11 U.S.C. § 522(d)(5) | 2,619.94 | 2,619.94 |
| Personal Checking, Account # xxxxxx6600 TD Bank, P.O. Box 1377, Lewiston, ME 04243 | 11 U.S.C. § 522(d)(5) | 132.12 | 132.12 |
| Personal Savings, Account # xxxxx3052 Valley National Bank, 1445 Valley Road, Wayne, NJ 07869 | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| Stove ($150), Refrigerator/Freezer ($100), Washer/Dryer ($100), Microwave ($30), Kitchen utensils ($30), Flatware ($10), Pots and pans ($25), Living room furniture ($300), Dining room table and chairs ($250), 2 Televisions ($125), 2 DVD players ($30), Bedroom furniture ($150), 8 Lamps ($50), Computer for personal use only ($50), Desk and filing cabinet ($35), Digital camera for personal use ($50), Lawn and misc tools ($150), Workout equipment ($75), 2 Kayaks ($100)<br>Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(3) | 1,810.00 | 1,810.00 |
| 2 watches ($50), Engagement ring ($3500), 2 wedding rings ($500)<br>Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(4)<br>11 U.S.C. § 522(d)(5) | 2,900.00<br>1,150.00 | 4,050.00 |
| **Wearing Apparel** | | | |
| Clothing and accessories for 2 adults and 2 children<br>Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(3) | 400.00 | 400.00 |
| **Interests in Insurance Policies** | | | |
| Universal Life policy, Account # xxxx0079 The Ohio State Life Insurance, P.O. Box 807029, Kansas City, MO 64180 Death benefit $335,000<br>Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(8) | 100% | 1,900.00 |

___**2**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **John George Ascione,**
**Nancy Jean Ascione**
_____,
Debtors

Case No. __**12-31258**__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Term Life Insurance, Account #xxxxxx9046** American General Life $500,000 Death benefit Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(7) | 100% | 1.00 |
| **Term Life Insurance, Account # xxxxxx9047** American General Life $500,000 Death benefit Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(7) | 100% | 1.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** **Retirement Account,** Catholic Health Initiatives, 198 Inverness Drive W, Englewood, CO 80112 | 11 U.S.C. § 522(d)(12) | 11,554.18 | 11,554.18 |
| **Retirement Account, Account # x9740** Fidelity Investments, 82 Devonshire Street, Boston, MA 02109 | 11 U.S.C. § 522(d)(12) | 22,312.00 | 22,312.00 |
| **Retirement Account, Account # xxxx3054** Prudential Annuities, P.O. Box 13467, Philadelphia, PA 19176 | 11 U.S.C. § 522(d)(12) | 140,591.77 | 140,591.77 |
| **Retirement Account, Account # xxxx2959** Prudential Annuities, P.O. Box 13467, Philadelphia, PA 19176 | 11 U.S.C. § 522(d)(12) | 68,938.00 | 68,938.00 |
| **403(b) Account, Account # xxxxx4788** Fidelity Investments, 82 Devonshire Street, Boston, MA 02109 | 11 U.S.C. § 522(d)(12) | 22,050.00 | 22,050.00 |
| **Stock and Interests in Businesses** **Mutual Funds, Account # xxxxxxxxxx7305** Franklin Templeton, 100 Fountain Parkway, Box 33030, St. Petersburg, FL 33733 | 11 U.S.C. § 522(d)(5) | 2,324.50 | 2,324.50 |
| **Stock fund, Account # xxxxx2972** Morgan Stanley, 111 Wall Street, New York, NY | 11 U.S.C. § 522(d)(5) | 10,600.00 | 10,600.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** **Proceeds from mother's life insurance policy** | 11 U.S.C. § 522(d)(5) | 6,923.44 | 26,245.64 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2009 Volvo S60 sedan, Very good condition, 46,000 miles** KBB $12,587 Location: 18 Valley View Ave, Randolph NJ 07869 | 11 U.S.C. § 522(d)(2) | 0.00 | 12,587.00 |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **John George Ascione,**  
**Nancy Jean Ascione**, Case No. **12-31258**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2011 Ford Flex, Excellent Condition, 14,700 miles** **KBB $19,856** **Location: 18 Valley View Ave, Randolph NJ 07869** | 11 U.S.C. § 522(d)(2) | 0.00 | 19,856.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Potential claims against creditors** | 11 U.S.C. § 541(a)(1) | 100% | 1.00 |
| **Potential personal injury settlement including, but not limited to, any claims for medical bills and lost wages.** | 11 U.S.C. § 522(d)(11)(D) 11 U.S.C. § 522(d)(11)(E) | 100% 100% | 1.00 |
| **Potential Social security** | 11 U.S.C. § 522(d)(10)(A) | 100% | 1.00 |
| **Potential Unemployment** | 11 U.S.C. § 522(d)(10)(A) | 100% | 1.00 |
| **Potential VA Benefits** | 11 U.S.C. § 522(d)(10)(B) | 100% | 1.00 |
| **Potential Workman's Comp** | 11 U.S.C. § 522(d)(11)(E) | 100% | 1.00 |
| | Total: | **296,414.95** | **723,179.15** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
**District of New Jersey**

In re: **John George Ascione / Nancy Jean Ascione**, Debtor(s)

Case No. **12-31258**
Chapter **13**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __8__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 28, 2015**    Signature **/s/ John George Ascione**
**John George Ascione**
Debtor

Date **January 28, 2015**    Signature **/s/ Nancy Jean Ascione**
**Nancy Jean Ascione**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.